UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Amanda U. Ajuluchuku, | Civil 05-2964 JRT/FLN |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| Dobbs Temporary Service, Inc., | |
| Defendant. | |

_____

**THIS MATTER** came before the undersigned United States Magistrate Judge for a hearing on June 30, 2006, on Defendant's Motion to Dismiss for Improper Venue [#30]. Plaintiff has filed over 180 cases in various federal courts over the past several years. Some Districts, including the Northern District of Georgia, has restricted her ability to file new cases. The instant case appears to have no material connection to the District of Minnesota. All of the events described in Plaintiff's complaint are alleged to have occurred in the Northern District of Georgia.

In response to Defendant's motion, Plaintiff asserts only that Minnesota is the home to the Defendant's corporate parent. This alone, the Court concludes is an insufficient basis upon which to venue this case in Minnesota.

Based upon all of the files, records, and proceedings herein,

**IT IS HEREBY RECOMMENDED** that Defendant's Motion to Dismiss for Improper Venue [#30] be **GRANTED**.

DATED: August 23, 2006.                    s/ *Franklin L. Noel*
                                            FRANKLIN L. NOEL
                                            United States Magistrate Judge

Pursuant to the Local Rules, any party may object to this Report and Recommendation by filing with the Clerk of Court and serving on all parties, on or before **September 12, 2006**, written objections which specifically identify the portions of the proposed findings or recommendations to which objection is being made, and a brief in support thereof. A party may respond to the objecting party's brief within ten days after service thereof. All briefs filed under the rules shall be limited to 3,500 words. A judge shall make a de novo determination of those portions to which objection is made.

Unless the parties are prepared to stipulate that the District Court is not required by 28 U.S.C. § 636 to review a transcript of the hearing in order to resolve all objections made to this Report and Recommendation, the party making the objections shall timely order and cause to be filed by **September 12, 2006,** a complete transcript of the hearing.

This Report and Recommendation does not constitute an order or judgment of the District Court, and therefore is not appealable to the Court of Appeals.